■ In the Matter of ABRAHAM BB., a Person Alleged to be a Juvenile Delinquent, Appellant. SULLIVAN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [619 NYS2d 974] —Cardona, P. J. Appeal from an order of the Family Court of Sullivan County (Meddaugh, J.), entered October 5, 1993.

This appeal seeks to reverse a Family Court determination which, in a proceeding pursuant to Family Court Act article 3, purportedly adjudicated respondent a juvenile delinquent and

placed him with the State Division for Youth in a limited secure detention facility for a period of 12 months. No such *dispositional* order has been included in the record before this Court. The order appealed from concerns respondent's unrelated foster care placement with petitioner pursuant to Social Services Law § 392. Inasmuch as Family Court's determination is not embodied in a written dispositional order before this Court, this appeal must be dismissed *(see, Castro v Castro,* 198 AD2d 594).

Mercure, Crew III, Casey and Peters, JJ., concur. Ordered that the appeal is dismissed, without costs.